## Copyrights-In-Suit for IP Address 107.5.156.88

**ISP:** Comcast Cable
**Location:** Grand Rapids, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 02/03/2014 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 03/22/2013 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 10/06/2013 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 10/06/2013 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 12/27/2012 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 07/12/2013 |
| Good Morning Baby | PA0001847655 | 06/04/2013 | 06/18/2013 | 06/14/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/14/2013 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/13/2014 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/27/2012 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 11/08/2013 |
| Make Me Feel Beautiful | PA0001859651 | 07/25/2013 | 08/01/2013 | 08/24/2013 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 01/19/2014 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/30/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/26/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 05/26/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/13/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 06/06/2013 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 10/17/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 05/21/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 01/15/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  21**